FILED

07/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0126

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 23-0126**

---

**WAYNE W. FIBKE, SPIRITS FLORIDA, INC., JIM EDWARDS, and J.E. REAL ESTATE HOLDING, INC.**

Plaintiffs/Appellants,

vs.

**KIP K HOLDING COMPANY, LLC, d/b/a PRECIOUS VODKA, a/k/a PRECIOUS VODKA SPIRITS,** a Montana limited liability company; **CLIFFORD "KIP" KIMERLY,** and **JOHN DOES I-V,**

Defendants/Appellees.

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-2017-951
Before Hon. Leslie Halligan
-----------------------------------------------------------------------------------------------------

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' ANSWER BRIEF**

---

Upon the Unopposed Motion of Defendants/Appellees Kip K Holding Company, LLC, d/b/a Precious Vodka, a/k/a Precious Vodka Spirits, and Clifford "Kip" Kimerly, for an extension to file Appellees' Answer Brief, and good cause appearing,

IT IS HEREBY ORDERED Defendants/Appellees Kip K Holding Company, LLC, d/b/a Precious Vodka, a/k/a Precious Vodka Spirits, and Clifford "Kip" Kimerly shall have until August 16, 2023 to file their Answer Brief.

**DATED AND ELECTRONICALLY SIGNED BELOW.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 12 2023